UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jose Daniel Deras Lopez

    v.                                                    Case No. 23-cv-552-LM-TSM

FCI Berlin, Warden

### ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated March 17, 2025.

_____
Landya B. McCafferty
United States District Judge

Date: June 20, 2025

Cc:   Jose Daniel Deras Lopez, pro se
       Counsel of Record